# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>            Plaintiff,<br><br>      v.<br><br>JD HOME RENTALS, et. al.,<br><br>            Defendants. | Case No.  1:22-cv-00251-ADA-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**<br><br>(Doc. 9) |

On July 8, 2022, Plaintiff Phillip Sanders ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a first amended complaint, alleging violations of his civil rights.  (Docs. 2, 3, & 6.) On September 8, 2022 the undersigned screened the first amended complaint, found that it failed to state any cognizable federal claims, and granted Plaintiff thirty days leave to file a second amended complaint curing the pleading deficiencies identified in the order.  (Doc. 8.)

On September 19, 2022, Plaintiff filed a motion for an extension of time of thirty days to file a second amended complaint.  (Doc. 9.)  Plaintiff requests more time so that he can consult with an attorney regarding his claims, and due to his medical conditions.  (*Id.*)

///
///
///
///

Accordingly, for good cause shown, it is hereby ORDERED that Plaintiff's motion for a thirty-day extension of time is GRANTED. Plaintiff shall file a second amended complaint or a notice of voluntary dismissal by no later than November 10, 2022.

IT IS SO ORDERED.

Dated:   **September 21, 2022**              /s/ *Sheila K. Oberto*            
                                             UNITED STATES MAGISTRATE JUDGE